IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEFFREY O'QUINN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-746-DRH** |
| | ) | |
| **DAVE RUEBHAUSEN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Ruebhausen's motion for a more definite statement, pursuant to Federal Rule of Civil Procedure 12(e).  **(Doc. 15).**  Plaintiff has not responded.

If a pleading is so "vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading," the Court may require a more definite statement to be filed, pursuant to Federal Rule of Civil Procedure 12(e).  Although the complaint has passed through the Court's threshold review, a review of the complaint reveals that it does lack sufficient detail.  More specifically: (1) reference dates are missing from paragraphs 3, 4 and 13; (2) paragraph 4 fails to specify who allegedly pulled a gun on plaintiff; and (3) paragraph 13 pertains to a search for a gun, but does not indicate the location of the search.  Plaintiff must provide defendant with these details to enable defendant to form a responsive pleading.

Defendant's arguments attacking the legal viability of some of plaintiff's claims must be addressed in a separate dispositive motion.  *See* Local Rule 7.1.

**IT IS THEREFORE ORDERED** that defendant Ruebhausen's motion for a more definite statement **(Doc. 15)** is **GRANTED IN PART AND DENIED IN PART**.  On or before

**May 26, 2006**, plaintiff O'Quinn shall file a "More Definite Statement" clearly providing the details enumerated above, as requested in the motion for a more definite statement **(Doc. 15)**. Failure to comply with this order may result in plaintiff's complaint being stricken– meaning that plaintiff's case would be dismissed.

    **IT IS SO ORDERED.**

    **DATED:  May 10, 2006**

                                       **s/ Clifford J. Proud**
                                       **CLIFFORD J. PROUD**
                                       **U. S. MAGISTRATE JUDGE**