IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY O'QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-746-DRH** |
| | ) | |
| DAVE RUEBHAUSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Federal Rule of Civil Procedure 16 and Local Rule 16.2 dictate that the parties confer and submit a Joint Report of Parties and Proposed Scheduling and Discovery Order, and participate in a pretrial scheduling conference with the Court.  A scheduling conference was set for May 10, 2006, at 9:00 a.m.  **(Doc. 29).**  Counsel for all remaining defendants submitted a proposed schedule as required, but indicated they had no success in getting plaintiff to participate in drafting the joint report of the parties and proposed schedule.  Defense counsel also participated in the May 10, 2006, scheduling conference with the Court.  Plaintiff, who is proceeding pro se, failed to participate in formulating a joint report of parties, failed to submit his own proposed schedule, and failed to participate in the May 10, 2006, scheduling conference.

**IT IS THEREFORE ORDERED** that on or before **May 22, 2006**, plaintiff Jeffrey O'Quinn shall **SHOW CAUSE** in writing why plaintiff should not be sanctioned, and/or his

1

complaint be stricken and his case be dismissed for want of prosecution.

**IT IS SO ORDERED.**

**DATED:  May 11, 2006**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**