IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEFFREY O'QUINN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **05-746-DRH** |
| | ) | |
| **DAVE RUEBHAUSEN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for entry of default.  **(Doc. 16).**

A review of the record reveals that summonses were issued by the U.S. Marshal and the defendants have all either properly requested an extension of time to file a responsive pleading, or filed a motion pursuant to Federal Rule of Civil Procedure.  Therefore, none of the defendants are in default.

**IT IS THEREFORE ORDERED** that plaintiff's motion for entry of default **(Doc. 16)** is **DENIED**.

**IT IS SO ORDERED.**

DATED:  May 10, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1