IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY O'QUINN,

       Plaintiff,

-vs-                          No. 05-CV-746  DRH

DAVE RUEBHAUSEN, et al.,

       Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Defendant Ruebhausen's Motion to strike Plaintiff's complaint is **GRANTED** and Plaintiff's case is **DISMISSED with prejudice** for failure to comply with a Court order and failure to prosecute this action.

                                            **NORBERT G. JAWORSKI, CLERK**

November 16, 2006.                        BY: s/Patricia Brown
                                                            Deputy Clerk

APPROVED: /s/      David   RHerndon
                **U.S. DISTRICT JUDGE**